

# CHRIS DANIEL

01-15-00457-CR

### HARRIS COUNTY DISTRICT CLERK

May 12, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 11:25:22 AM
CHRISTOPHER A. PRINE
Clerk

ANGELA CAMERON
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FL
HOUSTON, TX 77002

Defendant's Name: CHARLES BRANDON CASE

Cause No: 1377988

Court: 178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5/08/15
**Sentence Imposed Date:** 5/08/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** ANGELA CAMERON

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TAMMY ADAMS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

## THE STATE OF TEXAS
### V.

CHARLES CASE , A/K/A/ _____

_____178_____ District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### NOTICE OF APPEAL

FILED
Chris Daniel
District Clerk
Time: _____ MAY 08 2015
By _____ Harris County, Texas
Deputy

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __MAY 5, 2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__MAY 5, 2015__
**Date**

__CHARLES CASE__
**Defendant (Printed name)**

__[signature]__
**Attorney (Signature)**

__RANDY MARTIN__
**Attorney (Printed name)**

__13099500__
**State Bar Number**

__1201 FRANKLIN, LP__
**Address**

__713 765-0016__
**Telephone Number**

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

__Brandon Case__
**Defendant (Signature)**

__Brandon Case__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___MAY 08 2015___.

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On __05/08/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

☐ employing counsel

☐ paying for a clerk's and court reporter's record.

☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is ⟨**GRANTED** / **DENIED.**⟩

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

☑ __H. C. Public Defender' office__ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: __04/08 05/08/15__

_David F. Mendoza_

JUDGE PRESIDING,
__178__ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

 

Cause No. 1377988

| THE STATE OF TEXAS | IN THE    DISTRICT COURT |
| --- | --- |
| v. | |
| CHARLES FERGUSON CASE | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_David F. Mendoza_
Judge

**MAY 0 8 2015**
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Brandon Case_
Defendant

_Ray Marto_
Defendant's Counsel

Mailing Address: _____

**FILED**
Chris Daniel
District Clerk

Telephone number: _____

MAY 0 8 2015
Time: _____

Fax number (if any): By _____
Harris County, Texas
Deputy

State Bar of Texas ID number: 1309950

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

7-7-15

Court 178th                                    Cause No. 1377988

## The State of Texas

Vs

Charles Case

Date Notice         MAY 08 2015      5-8-15
Of Appeal: _____

Presentation:              Vol._____ Pg._____

Judgment:                  Vol._____ Pg._____

Judge Presiding David Mendoza
Court Reporter Tammy Adams
Court Reporter_____
Court Reporter_____

Attorney
on Trial Randy Martin

Attorney
on Appeal To Be determined

        Appointed ✓   Hired_____

Offense Murder

Jury Trial:        Yes ✓   No_____

Punishment
Assessed 55 years TDC

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:        Yes ✓   No_____

Date Submitted
To Appeal Section_____

Deputy Clerk Nakia Mills

977